Plaintiff's Name  Cedric Brumfield
Prisoner No.  OK DOC 247573
Institutional Address  JCCC
216 N Murray St
Helena, OK 73741

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Cedric Jamal Brumfield
*(Enter your full name)*

v.

John Doe Physician Who Signed
DANA E Moore
James Greene
CDPH VR/ Alameda County Rec
*(Enter the full name(s) of all defendants in this action)*

Case No. _____
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement  James Crabtree Correctional Center

B. Is there a grievance procedure in this institution?  ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: Case manager Told me to Talk with Unit manager

2. First formal level: Unit manager Told me to contact Records

3. Second formal level: Records Told me to Contact LARC Reception

4. Third formal level: lArc Reception/ARA Told me They go by whats on my Birth Certificate

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
I was born in the City of Oakland in the state of California so California has original Jurisdiction on this matter at hand

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

N/A

B. For each defendant, provide full name, official position and place of employment.

N/A

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The Defendents Dana E. Moore along with James Greene, Whom at the time of this incident acted in the capacity of State Registar of California Department of Public Health Vital Records/Alameda County Recorder aswell as the

Physician Who Signed Birth Certificate Arbitrarily deprived me of my Rights to a Nationality under Color of Law and Conspired against My rights in direct Violation of 18 USCA sections 241 and 242. I am Asiatic of Moorish descent and not Black which is defined as a English Term first used in 1625 to describe West Africans I was born in The City of Oakland in the State of California under the forced Application of the 14th, 15th amendments to the US Constitution and was denied The birth Right to the Nationality of my fore fathers both Ancient and Those Who Worked as Slaves The Named Defendents Took part in placing me under the misnomered racial Slave Status of Black for With one is counted as 3/5th of all other persons/Property of the State under Article One and 14th Amendmendment to the US Constitution This Confirmation is in dire Violation of US Constitution Article One Section 9 (CL.3) and 10 Which is Expost facto and The Courts that enforced these laws are Criminally liable

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

What I want the Court to do for me is Correct my Race and order that All paper work Correct My Race To Asiatic and not Black which deludes to slavery and was declared out Per 13th Amendment with the Abolishing of Slavery and all Things that delude to it Such as Putting down Black as my Race on Birth certificate

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _____   _____
                      Date                         Signature of Plaintiff