UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC JAMAL BRUMFIELD, | Case No. 22-cv-05369-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DANA D. MOORE, et al., | |
| Defendants. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/21/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge